# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **FIDEL MERAZ,** | ) |
| **Plaintiff,** | ) ) |
| vs. | ) CIVIL NO. 06-457-DRH |
| **JOHN EVANS,** *et al.*, | ) ) |
| **Defendants.** | ) ) |

## MEMORANDUM AND ORDER

**HERNDON, District Judge:**

On April 2, 2005, Plaintiff went to the medical unit at Pinckneyville Correctional Center complaining of headaches. Two days later, Plaintiff was found unresponsive in his cell. After being admitted to the hospital, an examination revealed bruises and abrasions on his forehead and rib cage; a CAT scan indicated a "hypointense subdural hematoma over the left frontal parietal temporal region" of his brain. Plaintiff remained in a coma for five months, eventually regaining minimal consciousness, but he is fully disabled and recalls no details of events that caused his injuries.

Through retained counsel and represented by his sister Rosa Guzman, Plaintiff filed this action in the Northern District of Illinois alleging Eighth Amendment claims of excessive force, failure to protect him from assault, and deliberate indifference to his medical needs; he also includes state law claims related to these events. Defendant Evans has already entered an appearance, and both parties consented to transfer the action to this District.

Defendants are **ORDERED** to timely file an appropriate responsive pleading to the complaint, and shall not waive filing a reply pursuant to 42 U.S.C. § 1997e(g).

Pursuant to Local Rule 72.1(a)(2), this cause is **REFERRED** to a United States Magistrate Judge for further pre-trial proceedings.

Further, this entire matter is hereby **REFERRED** to a United States Magistrate Judge for disposition, as contemplated by Local Rule 72.2(b)(2) and 28 U.S.C. § 636(c), *should all the parties consent to such a referral.*

**IT IS SO ORDERED.**

**DATED:   June 20, 2006.**


/s/    David   RHerndon
**DISTRICT JUDGE**