IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FIDEL MERAZ, by Rosa Guzman,**
**his sister and next friend,**

    **Plaintiff,**

v.

**JOHN EVANS, et al.,**

    **Defendants.**                                                                        **Case No. 06-cv-457-DRH**

### ORDER OF DISMISSAL

**HERNDON, Chief Judge:**

      Pursuant to the Order to Show Cause (Doc. 37), issued by Magistrate Judge Frazier on September 7, 2007, Plaintiff's Amended Complaint (Doc. 27) is **DISMISSED WITHOUT PREJUDICE** for failure to comply with said Order. In particular, Plaintiff failed to serve the remaining Defendants, alleged to be unknown correctional officers of Pinckneyville Correctional Center and unknown physicians and nursing staff of Pinckneyville Correctional Center, by the September 24, 2007 deadline. Plaintiff further failed to make a showing of good cause why this deadline should have been extended.[1] The Clerk is instructed to close the case file.

      **IT IS SO ORDERED.**

      Signed this 10th day of October, 2007.

                                        /s/      DavidRHerndon
                                      **Chief Judge**
                                      **United States District Court**

---

[1] The Court notes that it is irrelevant that an attorney entered his appearance on behalf of the Illinois Department of Corrections – Plaintiff failed to effectuate service on the "unknown defendants."